JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 496 -- In re Caesars World Shareholder Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/12/17 | 1 | MOTION, BRIEF, AFFIDAVIT, NOTICE OF FILING, SCHEDULE AND AND CERT. OF SERVICE -- ABC Bridge Club<br>SUGGESTED TRANSFEREE COURT: D. NEW JERSEY<br>SUGGESTED TRANSFEREE JUDGE:           (cds) |
| 81/12/28 | 2 | REPLY -- Administrative Sales Associates Profit Sharing Plan -- w/cert. of service (cds) |
| 81/12/18 | | APPEARANCES: STUART H. SAVETT, ESQ. FOR George R. Goldstone; EDWARD A. GROSSMANN, ESQ. for Administrative Sales Associates Profit Sharing Plan; ARNOLD LEVIN, ESQ. for Sheldon and Lily Pearl; AARON M. FINE, ESQ. for Abraham S. Cott, et al.; WILLIAM R. GLENDON, ESQ. for Caesars World, Inc.  (cds) |
| 81/12/31 | | APPEARANCE -- Robert E. Zimet for defts J. Terrance Lanni, Jay E. Leshaw, Harold D. Berkowitz, Echeverria and William H. McElnea, Jr.           (ds) |
| 81/12/31 | 3 | RESPONSE -- pltfs. Abraham S. Cott and Rita S. Cott w/cert. of svc.           (ds) |
| 81/12/31 | | APPEARANCE -- Sherrie R. Savett, Esq. for Jacob and Isabel Heffler           (ds) |
| 82/01/04 | 4 | RESPONSE -- pltfs. Jacob Heffler, et al. w/cert. of svc.(ds |
| 82/01/04 | 5 | RESPONSE -- Pltfs. Stephen Wetter, et al. -- w/cert. of service (emh) |
| 82/01/04 | 6 | RESPONSE/BRIEF -- Defts. Caesars World, Inc., et al. -- w/Exhibits A thru E and cert. of svc. (emh) |
| 82/01/04 | | APPEARANCES -- Irving Younger, Esq. for Clifford Perlman and Stuart Perlman; Roger W. Kirby, Esq. for Barnett Stepak  (ds) |
| 82/01/08 | 7 | RESPONSE -- Deft. Clifford S. Perlman, et al. -- w/cert. of svc. (emh) |
| 82/01/11 | 8 | RESPONSE -- Pltfs. Edward A. Guerrero, et al. -- w/cert. of service. (emh) |
| 82/01/11 | 9 | RESPONSE -- Pltf. Arnold Litten -- w/cert. of svc. (emh) |
| 82/01/11 | 10 | RESPONSE -- Pltfs. Sheldon Perl, et al. -- w/cert. of svc. (emh) |
| 82/01/11 | 11 | RESPONSE -- Pltf. Ira Ellenthal -- w/cert. of svc. (emh) |
| 82/01/11 | | APPEARANCE -- Arthur N. Abbey, Esq. for Edward A. Guerrero and Ann Marie Pieri           (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 496 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 82/01/12 | 12 | RESPONSE -- pltf. George R. Goldstone w/cert. of svc. (ds) |
| 82/01/13 | 13 | RESPONSE/JOINDER IN MOTION OF ABC BRIDGE CLUB -- w/cert. of service (cds) |
| 82/01/19 | | APPEARANCES -- BERNARD M. GROSS, ESQ. for Arnold Litten; STEVEN M. KRAMER, ESQ. FOR Frances Cherkin (ds) |
| ~~82/01/20~~ | ~~14~~ | ~~RESPONSE -- pltf. George R. Goldstone w/cert. of svc. (ds)~~ *duplicate of pleading no. 12* |
| 82/01/22 | | HEARING ORDER: Setting Motion of ABC Bridge Club to transfer actions to the D. New Jersey, for Panel Hearing on February 25, 1982 in Washington, D.C. (emh) |
| 82/02/12 | 14 | RESPONSE -- Frances Cherkin -- w/cert. of svc. (emh) |
| 82/02/24 | | **WAIVER OF ORAL ARGUMENT -- ALL PARTIES WAIVE** (ds) |
| 82/03/30 | 15 | LETTER -- ABC Bridge -- Requesting transfer to the District of New Jersey and copy of Second Quarter Interim Report of Caesars World, Inc. (ds) |
| 82/04/22 | 16 | STIPULATION FOR TRANSFER -- On behalf of All Parties w/cert. of svc. (ds) |
| 82/05/17 | | CONSENT OF TRANSFEREE COURT -- for the assignment of the litigation to the Honorable Stanley S. Brotman for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (eaf) |
| 82/05/17 | | TRANSFER ORDER -- transferring cases to the D. New Jersey for coordinated or consolidated pretrial proceedings under Judge Stanley S. Brotman pursuant to 28 U.S.C. §1407. (eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. 496 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Caesars World Shareholder Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 2/25/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 17, 1982 | TO | Unpublished | D. New Jersey | Stanley S. Brotman | |

### Special Transferee Information

DATE CLOSED: 5/27/82

not included
in 1982 Stat. R.

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 496 -- In re Caesars World Shareholder Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | ABC Bridge Club v. Clifford S. Perlman, et al. | E.D. Pa. (Hannum) | 81-3149 (was 4582) | MAY 17 1982 | 82-2315 | 5/27/82 | |
| A-2 | Ann Marie Pieri, et al. v. Clifford S. Perlman, et al. | E.D. Pa. (Hannum) | 81-4846 | MAY 17 1982 | 82-2343 | 5/27/82 | |
| A-3 | George Goldstone v. Clifford S. Perlman, et al. | E.D. Pa. (Hannum) | 81-4736 | MAY 17 1982 | 82-2301 | 5/27/82 | |
| A-4 | Jacob Heffler, et al. v. Clifford S. Perlman, et al. | E.D. Pa. (Hannum) | 81-4667 | MAY 17 1982 | 82-2319 | 5/27/82 | |
| A-5 | Ira Ellenthal v. Clifford S. Perlman, et al. | E.D. Pa. (Hannum) | 81-4845 | MAY 17 1982 | 82-2320 | 5/27/82 | |
| A-6 | Barnett Stepak v. Clifford S. Perlman, et al. | E.D. Pa. (Hannum) | 81-4616 | MAY 17 1982 | 82-2341 | 5/27/82 | |
| A-7 | Administrative Sales Associates Profit Sharing Plan v. Clifford S. Perlman, et al. | E.D. Pa. (Hannum) | 81-4582 | MAY 17 1982 | 82-2345 | 5/27/82 | |
| A-8 | Lilly Pearl, et al. v. Clifford S. Perlman, et al. | E.D. Pa. (Hannum) | 81-4809 | MAY 17 1982 | 82-2342 | 5/27/82 | |
| A-9 | Arnold Litten v. Clifford S. Perlman, et al. | E.D. Pa. (Hannum) | 81-4570 | MAY 17 1982 | 82-2344 | 5/27/82 | |
| A-10 | Abraham S. Cott, et al. v. Clifford S. Perlman, et al. | D. N.J. (Brotman) | 81-3556 | | | 5/27/82 | |
| A-11 | Stephen Wetter, et al. v. Clifford S. Perlman, et al. | D.N.J. (Brotman) | 81-3442 (SSB) | | | 5/27/82 | |
| A-12 | Frances Cherkin v. Clifford S. Perlman, et al. | C.D.CA. Pfaelzer | 81-5922 (MRP) | MAY 17 1982 | 82-2388 | 5/27/82 | |

DOCKET NO. 496 -- In re Caesars World Shareholder Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Abraham S. Cott, et al. v. Clifford S. Perlman, et al. | C.D.CA. ~~Lucas~~ Pfaelzer | 81-5971 ~~MRL~~ MRP | MAY 17 1982 | 82-2389 | 5/27/82 | |
| A-14 | Stephen Wetter, et al. v. Caesars World Inc., et al. | C.D.CA. Pfaelzer | 81-5983-MRP | MAY 17 1982 | 82-2390 | 5/27/82 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 496 -- In re Caesars World Shareholder Litigation

---

ABC BRIDGE CLUB (A-1)
Richard D. Greenfield, Esq.
Nicholas E. Chimicles, Esq.
Robert P. Frutkin, Esq.
Greenfield & Chimicles
110 Montgomery Avenue
Bala Cynwyd, PA   19004

ANN MARIE PIERI, ET AL. (A-2)
Arthur N. Abbey, Esq.
212 E. 39th Street
New York, New York 10016

GEORGE GOLDSTONE (A-3)
Stuart H. Savett, Esq.
Kohn, Savett, Marion & Graf
1214 IVB Building
1700 Market Street
Philadelphia, PA   19103

JACOB HEFFLER, ET AL. (A-4)
Sherrie R. Savett, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

IRA ELLENTHAL (A-5)  (No App.)
Daniel W. Drasner, Esq.
Wolf, Haldenstein, Adler,
  Freeman & Herz
270 Madison Avenue
New York, New York

BARNETT STEPAK (A-6)
Roger Kirby, Esq.
475 Park Avenue South
New York, New York   10016

ADMINISTRATIVE SALES ASSOCIATES
PROFIT SHARING PLAN (A-7)
Edward A. Grossmann, Esq.
Kreindler & Kreindler
99 Park Avenue
New York, New York   10016

LILLY PEARL, ET AL. (A-8)
Arnold Levin, Esq.
Levin & Fishbein
One Independence Mall
615 Chestnut Street
Suite 1201
Philadelphia, PA   19106

ARNOLD LITTEN (A-9)
Bernard M. Gross, Esq.
Eugene A. Spector, Esq.
Gross & Sklar, Esqs.
1500 Walnut Street
Philadelphia, PA   19102

ABRAHAM S. COTT, ET AL. (A-10)
ABRAHAM S. COTT, ET AL. (A-13)
Aaron M. Fine, Esq.
Fine, Kaplan & Black
1845 Walnut Street
23rd Floor
Philadelphia, PA   19103

STEPHEN WETTER, ET AL. (A-11)
Edward Labaton, Esq.
Kass, Goodkind, Wechsler & Labaton
122 East 42nd Street
New York, New York 10168

FRANCES CHERKIN (A-12)
Steven M. Kramer, Esq.
The Warwick
Suite 409
17th & Locust Streets
Philadelphia, PA   19102

CEASARS WORLD, INC.
William R. Glendon, Esq.
Rogers & Wells
200 Park Avenue
New York, New York   10166

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __496__ --

| | |
|---|---|
| STUART Z. PERLMAN<br>CLIFFORD S. PERLMAN<br> Irving Younger, Esq.<br> Williams & Connolly<br> 839 17th Street, N.W.<br> Washington, D.C. 20006<br><br>JAY E. LESHAW<br>HAROLD D. BERKOWITZ<br>M. PETER SCHWEITZER<br>MANUAL YELLEN<br>JAMES J. NEEDHAM<br>PETER ECHEVERRIA<br> Robert Zimet, Esq.<br> Skadden, Arps, Slate, Meagher<br>  & Flom<br> 919 Third Avenue<br> New York, New York 10022<br><br>WILLIAM H. MCELENA, JR. (No Appearance)<br>475 Park Avenue<br>New York, New York<br><br>STEPHEN WETTER, ET AL. (A-14)<br> Gary Zimmerman, Esq.<br> Frieman, Rosenfeld & Zimmerman<br> Suite 201 - East Tower<br> 9100 Wilshire Boulevard<br> Beverly Hills, California 90212 | |

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __496__ -- In re Caesars World Shareholder Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Perlman, Clifford S. | A1,2,3,4,5,6,7,8,9,10,11,12,13,14 |
| Perlman, Stuart Z. | A1,2,3,4,5,6,7,8,9,10,11,12,13,14 |
| McElnea, Jr., William | A1,2,5,6,7,8,9,11,14 |
| Leshaw, Jay E. | A1,2,3,4,6,7,8,9,10,11,12,13,14 |
| Berkowitz, Harold D. | A1,2,3,4,5,6,7,8,9,10,11,12,13,14 |
| Schweitzer, M. Peter | A1,2,3,4,5,6,7,8,9,10,11,12,13,14 |
| Yellen, Manuel | A1,2,3,4,5,6,7,8,9,10,11,12,13,14 |
| Needham, James J. | A1,2,3,4,5,6,7,8,9,10,11,12,13,14 |
| Caesars World, Inc. | A1,2,3,4,5,6,7,8,9,10,11,13,14 |
| Lanni, J. Terrence | A1,4,10,12,13,14 |
| Echeverria, Peter | A3,4,5,10,12,13 |